**23 CV 03351**

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Telebrands Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORP., <br><br> *Plaintiff* <br><br> v. <br><br> ALETA CO.LTD, ASSORTED, BICMTE, CHRUVQ, CHUNJIA, CLEVERLY, DONGBIELIN2022, ELEC SPACE, FEIGHT, FEIYU HDWL CO.LTD, HAKOTOM, INCITYSTORE, JUE JIANG YAO, JUE TU MIN SHANG MAO, KINGSTAR, LI HENG GAN WANG LUO, LIFANGDA CO. ITD, LTG TOYS CO.LTD, M GROCKSTR, MEDA HOME CO.LTD, MOVECATCHER, MU PI GUAI KE MAO, PHYACHELO HOME FURNISHING, QILIAN TRADING CO., LTD, QUEENLY, RU ZHA PI, SAULGOOD E-COM CO.LTD, SELINEV CO,LTD, STARPENNY, SUNFLOWERSHOP, SZ FURNITURE CO. LTD, SZ VEHICLE PARTS CO.LTD, TAI YUAN PI DE KAI DIAN ZI SHANG WU YOU XIAN GONG SI, TAI YUAN SHENG CHI ER QI SHANG MAO YOU XIAN GONG SI, TAI YUAN SU WEI TING, TAIYUANZHIRUIDATAIWANGLUOKEJIYOUXIAN CO. LTD, TAZEMAT, XI JUE GU MAO YI, XI MING GA WANG LUO, YACHANGTAI TRADING, YU HAN HUAI and | **MISCELLANEOUS ACTION** <br> **No. 23-mc-112** <br><br> [PROPOSED] <br> **ORDER TEMPORARILY** <br> **SEALING FILE** <br><br> **FILED UNDER SEAL** |

On this day, the Court considered Plaintiff's Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Bala Iyer and Gabriela N. Nastasi and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this __20th__ day of __April__, 2023, at __12:00__ p.m.

_____
UNITED STATES DISTRICT JUDGE
PART I

1