```
                                                            USDC SDNY
                                                            DOCUMENT
UNITED STATES DISTRICT COURT                                ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                               DOC #:_____
---------------------------------------------------------------X           DATE FILED: 08/15/2023
                                                            :
Telebrands Corp.,                                           :
                                                            :
                           Plaintiff,                       :
                                                            :                  23-cv-3351 (LJL)
             -v-                                            :
                                                            :                     ORDER
Aleta Co.Ltd, et al.,                                       :
                                                            :
                           Defendants.                      :
                                                            :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

By letter dated July 5, 2023, Plaintiff informed the court that it would file a motion for default judgment against certain defendants ("Defaulting Defendants") by September 8, 2023. Dkt. No. 25.  The Court So Ordered the letter the following day.  Dkt. No. 26.

This order sets the briefing schedule for Plaintiff's default judgment motion.  Plaintiff's motion for default judgment and any supporting papers are due on or before September 8, 2023. Plaintiff is directed to serve the motion on Defaulting Defendants though the methods of service permitted by the Court; the Defaulting Defendants will have until September 15, 2023 to submit any responses.  Plaintiff will have until September 22, 2023 to reply.  The Court will hold a default judgment hearing on September 25, 2023 at 12:00 p.m.  The parties are directed to dial into the Court's teleconference line (888) 251-2909, Access Code 2123101.

Plaintiff is directed to serve a copy of this Order on Defendants.

SO ORDERED.

Dated: August 15, 2023
       New York, New York                          _____
                                                             LEWIS J. LIMAN
                                                     United States District Judge