```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
TELEBRANDS CORP.,                                                   :
                                                                    :
                              Plaintiff,                            :
                                                                    :       23-cv-3351 (LJL)
              -v-                                                   :
                                                                    :              ORDER
ALETA CO.LTD, et al.,                                               :
                                                                    :
                              Defendants.                           :
                                                                    :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court held a hearing today on the motion for a default judgment and permanent injunction against certain defaulting defendants (the "Defaulting Defendants"). Counsel for Plaintiff appeared. No counsel appeared for any of the Defaulting Defendants. During the hearing, the Court ordered counsel for Plaintiff to resubmit their proposed form of default judgment and permanent injunction with proposed findings of fact setting forth the reasons why the injunction should be granted. The Court also ordered counsel for Plaintiff to revise the language of the injunction to reflect a territorial limitation with respect to the infringing conduct and that the persons bound by the injunction, including financial institutions and third-party service providers, would not extend beyond those persons permitted to be bound by Rule 65(d)(2), including by adding the qualifying language "persons who are in active concert or participation." *See* Fed. R. Civ. P. 65(d)(2). A revised form of the proposed default judgment and permanent injunction shall be submitted by Friday, October 6, 2023.

      SO ORDERED.

Dated: October 2, 2023  
      New York, New York

                                                                LEWIS J. LIMAN  
                                                              United States District Judge