USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TELEBRANDS CORP.,

                Plaintiff,

-against-

ALETA CO. LTD., et al.,

                Defendants.

23-CV-03351 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

      It is hereby ORDERED that, no later than **March 8, 2024**, counsel for Plaintiff shall file on ECF a letter updating the Court on the status of the case, in particular addressing whether there are any defendants remaining in the case following Judge Liman's October 6, 2023 Order, and, if so, whether Plaintiff intends to voluntarily dismiss those remaining defendants or move for a default judgment as to them. Plaintiff should feel free to include any other information in the letter that it believes may assist the Court in advancing the case to settlement or trial. Moreover, Plaintiff shall make best efforts to promptly deliver this Order to any defendant remaining in the case.

      If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://nysd.uscourts.gov/electronic-case-filing.

      In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

2

      The Clerk of Court is respectfully directed to close out Dkt. No. 37 as moot, given Judge Liman's Final Default Judgment and Permanent Injunction Order dated October 6, 2023 (Dkt. No. 48).

Dated: February 23, 2024
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge